IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN LASKOSKI,

    Petitioner,

v.

JACKSON CORRECTIONAL INSTITUTION,

    Respondent.

ORDER

Case No. 24-cv-913-jdp

    Petitioner Brian Laskoski seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than January 21, 2025. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately June 23, 2024 through the date of the petition, December 23, 2024.

ORDER

    IT IS ORDERED that:

    1.    Petitioner Brian Laskoski may have until January 21, 2025, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before January 21, 2025, I will assume that petitioner wishes to withdraw this petition.

Entered this 23rd day of December, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge